UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN J. BARTIS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV1574 JCH |
| ) | |
| CITY OF BRIDGETON, ) | |
| CHIEF WALTER H. MUTERT, MAJOR ) | |
| STEINMAN, CAPTAIN DON HOOD, JIM ) | |
| LIVINGSTON, BRIAN PULLING, DALE ) | |
| ROWE, CARL DREWS, DAN O'CONNOR, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| ) | |
| JIM LIVINGSTON, BRIAN PULLING, DALE ) | |
| ROWE, CARL DREWS, DAN O'CONNOR, ) | |
| ) | |
| Cross-Claim Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | |
| CAPTAIN ROBERT WACKER and ) | |
| CITY OF BRIDGETON, CHIEF WALTER ) | |
| MUTERT, MAJOR STEINMAN, CAPTAIN ) | |
| DON HOOD, ) | |
| ) | |
| Cross-Claim Defendant(s). ) | |

## **ORDER**

This matter is before the Court on Cross-Claim Plaintiffs' Motion for Refusal of Cross-Claim Defendants' Application for Judgment or in the Alternative for a Stay of Judgment on Cross-Claim Defendants' Motion for Summary Judgment on Count I of Cross-Claims Plaintiffs' Third Amended Complaint, filed July 6, 2007. (Doc. No. 41). Upon consideration, the Court will grant Cross-Claim Plaintiffs' motion in part.

Accordingly,

**IT IS HEREBY ORDERED** that Cross-Claim Plaintiffs' Motion for Refusal of Cross-Claim Defendants' Application for Judgment or in the Alternative for a Stay of Judgment on Cross-Claim Defendants' Motion for Summary Judgment on Count I of Cross-Claims Plaintiffs' Third Amended Complaint (Doc. No. 41) is **GRANTED** in part, and Cross-Claim Plaintiffs are granted until **Friday, October 19, 2007**, within which to file their response to Cross-Claim Defendants' Motion for Summary Judgment on Count I of Cross-Claim Plaintiffs' Third Amended Complaint. (Doc. No. 39).

**IT IS FURTHER ORDERED** that Cross-Claim Plaintiffs' Motion for Refusal of Cross-Claim Defendants' Application for Judgment or in the Alternative for a Stay of Judgment on Cross-Claim Defendants' Motion for Summary Judgment on Count I of Cross-Claims Plaintiffs' Third Amended Complaint (Doc. No. 41) is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that Cross-Claim Plaintiffs' Joint Motion for Extension of Time to Respond to Cross-Claim Defendants' Summary Judgment Motion (Doc. No. 44) is **DENIED** as moot.

Dated this 24th day of July, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE