UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN J. BARTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV1574 (JCH) |
| ) | |
| CITY OF BRIDGETON, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on Defendants' Motion to Terminate the Referral of this Case to Alternative Dispute Resolution, or in the Alternative, to Extend the Deadline for Completing Alternative Dispute Resolution, filed December 3, 2007. (Doc. No. 79). Upon consideration, the Court will grant Defendants' motion in part.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Extend the Deadline for Completing Alternative Dispute Resolution (Doc. No. 79) is **GRANTED**, and the ADR conference in this matter shall be concluded no later than **Friday, February 8, 2008**.

**IT IS FURTHER ORDERED** that no later than **Friday, January 18, 2008**, lead counsel Herman Jimerson shall notify the clerk of the agreed choice of neutral selected by the parties, and the date, time, and location of the ADR conference.

**IT IS FURTHER ORDERED** that Defendants' Motion to Terminate the Referral of this Case to Alternative Dispute Resolution (Doc. No. 79) is **DENIED**.

Dated this 10th day of January, 2008.

/s/ Jean C. Hamilton

- 1 -

UNITED STATES DISTRICT JUDGE