UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOHN J. BARTIS,  )
  )
    Plaintiff,  )
  )
  vs.  )  Case No. 4:06CV1574 (JCH)
  )
CITY OF BRIDGETON, et al.,  )
  )
    Defendants.  )

## ORDER

This matter is before the Court on two motions filed by Cross-Claim Defendants City of Bridgeton, Chief Mutert, Major Steinman, Captain Hood, and Captain Wacker. (Doc. Nos. 83, 84). Upon consideration, the Court now holds as follows:

**IT IS HEREBY ORDERED** that Defendants' Motion to Strike Plaintiffs' Statement of Additional Facts (Doc. No. 83) is **DENIED**. The Court will, however, consider the assertions contained in Defendants' motion in addressing Defendants' Motion for Summary Judgment.

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike Memorandum of Filing and Affidavit of Plaintiff Pulling (Doc. No. 84) is **DENIED**. The Court will, however, consider the assertions contained in Defendants' motion in addressing Defendants' Motion for Summary Judgment.

Dated this 10th day of January, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

- 1 -